ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Environmental Chemical Corporation | ) | ASBCA Nos. 60810, 60835, 60836 |
| | ) | 60837, 60869, 60911 |
| | ) | 61466, 61467 |
| | ) | |
| Under Contract No. FA3002-08-D-0007 | ) | |

APPEARANCES FOR THE APPELLANT:   Clark T. Thiel, Esq.
                                 Pillsbury Winthrop Shaw Pittman LLP
                                 San Francisco, CA

                                 Glenn A. Sweatt, Esq.
                                 Pillsbury Winthrop Shaw Pittman LLP
                                 Palo Alto, CA

APPEARANCES FOR THE GOVERNMENT:  Jeffrey P. Hildebrant, Esq.
                                  Air Force Deputy Chief Trial Attorney
                                 Lori R. Shapiro, Esq.
                                 Justin D. Haselden, Esq.
                                 Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE CATES-HARMAN

On December 18, 2018, the parties participated in an Alternative Dispute Resolution before the undersigned and reached a settlement. A joint motion requesting a consent judgment was filed by the parties on December 27, 2018, with the intention of seeking payment through the Judgment Fund.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $2,850,000.00, inclusive of all costs, interest, and fees. No further interest shall be paid.

Dated: January 10, 2019

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                              I concur

RICHARD SHACKLEFORD        OWEN C. WILSON
Administrative Judge             Administrative Judge
Acting Chairman                 Vice Chairman
Armed Services Board           Armed Services Board
of Contract Appeals              of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 60810, 60835, 60836, 60837, 60869, 60911, 61466, 61467, Appeals of Environmental Chemical Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2